IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:11-CR-80-H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| DOMINIC COOPER KING, ) | |
| Defendant. ) | |

This matter is before the court on defendant's motion to suppress [DE #27]. Following an evidentiary hearing on March 28, 2012, United States Magistrate Judge David W. Daniel submitted a Memorandum and Recommendation (M&R) on April 27, 2012, recommending that defendant's motion be denied. Defendant filed objections to the M&R but subsequently pled guilty without a plea agreement on July 9, 2012. Accordingly, defendant's motion is MOOT and is therefore DISMISSED.

This 10th day of July 2012.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, N.C.
#31