# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                           Crim. No. 7:11-CR-80-1H

**DOMINIC COOPER KING**

On June 14, 2016, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton                /s/ Kyle Kusmierczyk  
Robert L. Thornton                    Kyle Kusmierczyk  
Supervising U.S. Probation Officer      U.S. Probation Officer  
                                                    414 Chestnut Street, Suite 102  
                                                    Wilmington, NC 28401-4290  
                                                    Phone: 910-612-8974  
                                                    Executed On: May 13, 2019

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 17th day of May, 2019.

Malcolm J. Howard  
Senior U.S. District Judge